The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELEANOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:17-cv-01394-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL DISCLOSURE DEADLINE**<br><br>[~~PROPOSED~~]<br><br>NOTE ON MOTION CALENDAR:<br>November 13, 2017 |

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, IT IS HEREBY ORDERED that the initial disclosure deadline is extended to **November 3, 2017**.

Dated this 30th day of October, 2017

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION RE:
INITIAL DISCLOSURE DEADLINE
Case No. 2:17-CV-01394-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1  Presented by:
2
3  /s/ Thomas P. Holt
4  James G. Zissler, WSBA No. 30287
   jzissler@littler.com
5  Thomas P. Holt, WSBA No. 39722
   tholt@littler.com
6  **LITTLER MENDELSON, P.C.**
   One Union Square
7  600 University Street, Suite 3200
   Seattle, WA 98101-3122
8  Telephone:     206.623.3300
   Facsimile:     206.447.6965
9
   Attorneys for Plaintiff Wells Fargo Insurance
10 Services USA, Inc.
11
12 /s/ Justo G. Gonzalez
   Justo G. Gonzalez, WSBA #39127
13 jgg@stokeslaw.com
   Jaime Cuevas, Jr., WSBA #51108
14 jcj@stokeslaw.com
15 **STOKES LAWRENCE, P.S.**
   1420 Fifth Avenue, Suite 3000
16 Seattle, WA 98101
   Phone:     (206) 626.6000
17 Fax:       (206) 464.1496
18
   Attorneys for Defendants Stanley Ogden,
19 Marcia Ogden, Eleanor O'Keefe, Lewis
   Dorrington, John Haskell, Jr., Mary Mark,
20 and ABD Insurance and Financial Services,
   Inc.
21
22
23
24
25
26
   [PROPOSED] ORDER GRANTING STIPULATED MOTION RE:
   INITIAL DISCLOSURE DEADLINE
   Case No. 2:17-CV-01394-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300