The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELEANOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation, <br><br> Defendants. | Case No. 2:17-cv-01394-RSL <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF <br><br> NOTE ON MOTION CALENDAR: <br> December 13, 2017 |

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Leave to Amend Complaint for Damages and Injunctive Relief. The Court, having considered the pleadings filed in support of the Stipulated Motion and the remainder of the file, hereby GRANTS the Motion. Plaintiff may file the proposed Amended Complaint to include:

1. The addition of Cory Anderson as defendant in this case and claims and allegations against Mr. Anderson.

2. The substitution of USI Insurance Services National, Inc. ("USI") as the Plaintiff in place of Wells Fargo Insurance Services USA, Inc. ("WFIS").

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 1
Case No. 2:17-cv-01394-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

DATED this 15th day of December 2017.

_/s/ Robert S. Lasnik_
HONORABLE ROBERT S. LASNIK
U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 2
Case No. 2:17-cv-01394-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

PRESENTED BY:

LITTLER MENDELSON, P.C.

*/s/ Thomas P. Holt*
James G. Zissler, WSBA #30287
jzissler@littler.com
Thomas Holt, WSBA #39722
tholt@littler.com
Emily Rose Cardenas, WSBA #43180
ecardenas@littler.com
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone:       206.623.3300
Fax:         206.447.6965
**Attorneys for Plaintiff**

STOKES LAWRENCE, P.S.

*/s/ Justo G. Gonzalez*
Justo G. Gonzalez, WSBA #39127
justo.gonzalez@stokeslaw.com
Jaime Cuevas, Jr., WSBA #51108
jcj@stokeslaw.com
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Tel.: (206) 892-2158
Fax: (206) 464-1496
**Attorneys for Defendants**

Firmwide:151729109.1 091367.1004

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 3**
Case No. 2:17-cv-01394-RSL