UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY OGDEN, *et al.*,<br><br>Defendants. | NO. C17-1394RSL<br><br>ORDER AWARDING FEES AND COSTS |

This matter comes before the Court on "Defendant ABD Insurance & Financial Services, Inc.'s Motion [for] Fees and Costs." Dkt. # 103. Plaintiff does not oppose the motion. Dkt. # 118. The Court therefore orders plaintiff to pay $15,702.50 in fees an costs to defendant pursuant to Fed. R. Civ. P. 37.

Dated this 4th day of December, 2018.

Robert S. Lasnik
United States District Judge

ORDER AWARDING FEES AND COSTS - 1