UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELENOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; CORY ANDERSON, an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation, <br><br> Defendants. | NO. 2:17-cv-01394-SAB <br><br><br> **ORDER STRIKING MOTIONS IN LIMINE WITH LEAVE TO RENEW** |

Currently, there are pending Motions in Limine that were filed prior to Judge Lasnik issuing his ruling on the parties' Motions for Summary Judgment. ECF No. 122, 124. Recently, the Court issued a new Scheduling Order that sets

**ORDER STRIKING MOTIONS IN LIMINE WITH LEAVE TO RENEW ~ 1**

forth new deadlines for filing Motions in Limine. ECF No. 141. For docket management purposes, the Court will strike the pending Motions with leave to renew.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motions in Limine to Exclude Testimony and Reports of USI's Experts, ECF No. 122, is **STRICKEN**, with leave to renew.
2. Plaintiff's Motions in Limine, ECF No. 124, is **STRICKEN**, with leave to renew.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 27th day of September,

*[signature]*
Stanley A. Bastian
United States District Judge

**ORDER STRIKING MOTIONS IN LIMINE
WITH LEAVE TO RENEW ~ 2**