UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELENOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; CORY ANDERSON, an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>          Defendants. | NO.  2:17-cv-01394-SAB<br><br>**AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR AUGUST 23, 2021** |

A telephonic scheduling conference was held in this matter on July 21, 2020. Thomas P. Holt, Jeremy Wood and Anne Reuben appeared on behalf of Plaintiff, and Justo Gonzalez appeared on behalf of Defendants. At the hearing, the Court

**AMENDED JURY TRIAL SCHEDULING ORDER** ~ 1

indicated that, due to the COVID-19 pandemic, it is necessary to move the September 8, 2020 trial date. The parties agreed to proposed mutually available trial dates. Based on the Court's and counsel's availability, the trial date is moved to August 23, 2021.

Accordingly, **IT IS ORDERED:**

1. The Court's September 25, 2019 Jury Trial Scheduling Order, ECF No. 141, is amended, as follows:

### TRIAL DATES

**1. Jury Trial.** The jury trial set for September 8, 2020, is **continued** to **August 23, 2021**, at **9:00 a.m.** in **SEATTLE**, Washington. Counsel estimates a trial length of five days.

**2. Pretrial Conference.** The pretrial conference set for August 18, 2020, is **stricken**. An in person pretrial conference will be held on **August 9, 2021**, at **10:00 a.m.**

***

**4. Motions** *in Limine*.

A. *Motions* in Limine: shall be filed and served on or before **July 12, 2021**.

B. *Responses*: shall be filed and served on or before **July 19, 2021**.

C. *Replies*: shall be filed and served on or before **July 26, 2021**.

### TRIAL PREPARATION DEADLINES

**5. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **July 19, 2021**.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **July 26, 2021**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **August 2, 2021**.

//

**AMENDED JURY TRIAL SCHEDULING ORDER** ~ 2

**6. Pretrial Exhibit Stipulation.**

    B. *Deadline*: The pretrial exhibit stipulation shall be filed on **August 2, 2021**.

**7. Designation of Testimony.**

    The parties shall notify the Court on or before **July 9, 2021** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**8. Pretrial Order.**

    A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **August 2, 2021** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

**9. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **July 29, 2021**.

**10. Jury Instructions.** No later than **July 29, 2021**, the parties shall file jointly proposed jury instructions.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 29th day of July 2020.

                             */s/ Stanley A. Bastian*
                                Stanley A. Bastian
                                U.S. District Judge

**AMENDED JURY TRIAL SCHEDULING ORDER ~ 3**