UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELENOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; CORY ANDERSON, an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>   Defendants. | NO. 2:17-cv-01394-SAB<br><br>**SECOND AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR JUNE 14, 2022** |

A telephonic scheduling conference was held in this matter on July 8, 2021. Thomas P. Holt and Megan Crowhurst appeared on behalf of Plaintiff, and Justo Gonzalez, Lance Pelletier, and Aviva Kamm, appeared on behalf of Defendants. At

**SECOND AMENDED JURY TRIAL SCHEDULING ORDER** ~ 1

the hearing, the Court indicated that, due to courtroom unavailability caused by the COVID-19 pandemic, it was necessary to move the August 2021 trial date. The Court also struck all pending deadlines. The parties agreed to provide unavailable trial dates. Based on the Court's and counsel's availability, the trial date is moved to June 14, 2022.

Accordingly, **IT IS ORDERED:**

1. The Court's Amended Jury Trial Scheduling Order, ECF No. 152, is amended, as follows:

### TRIAL DATES

**1. Jury Trial.** The jury trial set for August 23, 2021, is **continued** to **June 14, 2022**, at **9:00 a.m.** in **SEATTLE**, Washington. Counsel estimates a trial length of five days.

**2. Pretrial Conference.** An in person pretrial conference will be held on **June 6, 2022**, at **9:00 a.m.**, in **Seattle, Washington**.

***

**3. Motions** *in Limine*.

A. *Motions* in Limine: shall be filed and served on or before **May 3, 2022**.

B. *Responses*: shall be filed and served on or before **May 10, 2022**.

C. *Replies*: shall be filed and served on or before **May 17, 2022**.

### TRIAL PREPARATION DEADLINES

**4. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **May 10, 2022**.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **May 17, 2022**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **May 24, 2022**.

//

**SECOND AMENDED JURY TRIAL SCHEDULING ORDER** ~ 2

**5. Pretrial Exhibit Stipulation.**

    B. *Deadline*: The pretrial exhibit stipulation shall be filed on **May 24, 2022**.

**6. Designation of Testimony.**

    The parties shall notify the Court on or before **April 29, 2022** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**7. Pretrial Order.**

    A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **May 24, 2022** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

**8. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **May 20, 2022**.

**9. Jury Instructions.** No later than **May 20, 2022**, the parties shall file jointly proposed jury instructions.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 27th day of July 2021.

_____
Stanley A. Bastian
U.S. District Judge

**SECOND AMENDED JURY TRIAL SCHEDULING ORDER** ~ 3