UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br><br>   Plaintiff, <br><br> v. <br><br> STANLEY OGDEN, et al., <br><br>   Defendants. | NO. 2:17-cv-01394-SAB <br><br> **ORDER STRIKING TRIAL DATE AND REMAINING PRETRIAL DEADLINES** |

A status videoconference was held on May 9, 2022. Plaintiff was represented by Thomas Holt. Defendants were represented by Christopher Banks, Justo Gonzalez, Aviva Kamm and Debra Fischer.

At the hearing, the Court informed the parties that a pending criminal case may require that the current trial date of June 14, 2022 be continued to a later date. The parties were given the opportunity to discuss this and report back to the Court.

The parties conferred and now ask the Court to strike the trial date and all unexpired pretrial deadlines. They indicate they will confer with their clients to determine an available trial date.

//

**ORDER STRIKING TRIAL DATE AND REMAINING PRETRIAL DEADLINES** ~ 1

Accordingly, **IT IS ORDERED:**

1. The June 14, 2022 trial date is **STRICKEN**. A new trial date will be set after the parties confer and submit their unavailable dates to the Court by **May 13, 2022**.

2. All remaining pretrial deadlines are **STRICKEN**. New deadlines will be set after the new trial date is set.

3. Defendants' Unopposed Motion to Reschedule Pretrial Conference, ECF No. 183, is **GRANTED**. The pretrial conference set for June 6, 2022, is **STRICKEN**. A new pretrial conference will be set after the new trial date is determined.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of May 2022.

_____
Stanley A. Bastian
U.S. District Judge

ORDER STRIKING TRIAL DATE AND REMAINING PRETRIAL DEADLINES ~ 2