UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELENOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; CORY ANDERSON, an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation,<br>　　　　Defendants. | NO.  2:17-cv-01394-SAB<br><br>**THIRD AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR FEBRUARY 28, 2023** |

　　Previously, the Court struck the June 14, 2022 trial date and asked the parties to confer to determine a mutually-available trial date. The parties reported their available dates to the Court and the Court has determined that the new trial

**THIRD AMENDED JURY TRIAL SCHEDULING ORDER** ~ 1

date is February 28, 2023.

Accordingly, **IT IS ORDERED:**

1. The Court's Second Amended Jury Trial Scheduling Order, ECF No. 160, is amended, as follows:

**TRIAL DATES**

**1. Jury Trial.** The jury trial set is set for **February 28, 2023**, at **9:00 a.m.** in **SEATTLE**, Washington. Counsel estimates a trial length of five days.

**2. Pretrial Conference.** An in person pretrial conference will be held on **February 6, 2023**, at **9:00 a.m.**, in **Seattle, Washington**.

\*\*\*

**3. Motions *in Limine*.**

A. *Motions* in Limine: The motions in limine previously filed will be heard at the Pretrial Conference.

B. *Responses to the previously filed motions in limine*: shall be filed and served on or before **January 17, 2023**.

C. *Replies*: shall be filed and served on or before **January 24, 2023**.

**TRIAL PREPARATION DEADLINES**

**4. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **January 17, 2023**.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **January 24, 2023**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **January 31, 2023**.

**5. Pretrial Exhibit Stipulation.**

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **January 31, 2023**.

**THIRD AMENDED JURY TRIAL SCHEDULING ORDER ~ 2**

**6. Designation of Testimony.**

    A. Cross-Designations shall be filed on or before **January 9, 2023**.

    B. Objections to Designations shall be filed on or before **January 17, 2023**.

    C. If objections are filed, a hearing on the objections will be held on **January 23, 2023**, at **9:00 a.m.**, in **Seattle**, Washington.

**7. Pretrial Order.**

    A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **January 31, 2023** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

**8. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **February 1, 2023**.

**9. Jury Instructions.** No later than **January 31, 2023**, the parties shall file jointly proposed jury instructions.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 17th day of May 2022.

    _____
           Stanley A. Bastian
           U.S. District Judge

**THIRD AMENDED JURY TRIAL SCHEDULING ORDER ~ 3**