UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>STANLEY OGDEN, et al., <br><br>    Defendants. | NO. 2:17-cv-01394-SAB <br><br> **ORDER GRANTING JOINT STIPULATED MOTION; RESETTING JURY TRIAL** |

    Before the Court is the parties' Joint Stipulated Motion to Reset Hearing on Designations of Deposition Testimony and to Extend Time to File Objections to Witness and Exhibit Lists, ECF No. 198. Plaintiff was represented by Thomas Holt, Megan Crowhurst, and Anne Reuben. Defendants were represented by Christopher Banks, Molly Terwilliger, Patrick Duffey, and Debra Fischer.

    The parties ask the Court to cancel the hearing scheduled on January 23, 2023, extend the deadline for both parties to file objections to the witness and exhibit lists and hear any objections to designations of deposition testimony at the pretrial conference on February 6, 2023. Good cause exists to grant the motion.

    Accordingly, **IT IS ORDERED:**

    1.    The parties' Joint Stipulated Motion to Reset Hearing on Designations of Deposition Testimony and to Extend Time to File Objections to Witness and Exhibit Lists, ECF No. 198, is **GRANTED**.

**ORDER GRANTING JOINT STIPULATED MOTION** ~ 1

2. The hearing schedule on January 23, 2023 is **STRICKEN**. Any objections to designations of deposition testimony will be heard at the pretrial conference set for February 6, 2023.

3. The deadline for both parties to file objections to witness and exhibit lists is extended to **January 25, 2023**.

4. The jury trial set for February 28, 2023 is **CONTINUED** to March 1, 2023, in **Seattle**, Washington.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 19th day of January 2023.

_____
Stanley A. Bastian
U.S. District Judge

**ORDER GRANTING JOINT STIPULATED MOTION ~ 2**