UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>STANLEY OGDEN, et al.,<br><br>　　　Defendants. | NO.  2:17-cv-01394-SAB<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTIONS *IN LIMNE*** |

　　Before the Court is the parties' Joint Stipulation Regarding Motions *in Limine*, ECF No. 178. Plaintiff is represented by Thomas Holt, Megan Crowhurst, and Anne Reuben. Defendants are represented by Christopher Banks, Molly Terwilliger, Patrick Duffey, and Debra Fischer. The parties ask the Court to grant their Joint Stipulation regarding certain motions in limine.

　　Accordingly, **IT IS ORDERED**:

　　1.　　The parties' Joint Stipulation Regarding Motions *in Limine*, ECF No. 178, is **GRANTED**.

　　2.　　The Court grants the following Joint Motions in Limine:

　　a.　　No party, witness, or counsel shall offer any evidence, testimony, or argument regarding any other legal proceedings (including litigation and/or arbitrations) involving any of the parties to this litigation. Notwithstanding the foregoing, the parties may use sworn testimony from other legal

**ORDER GRANTING JOINT STIPULATION ~ 1**

proceedings for purposes of impeachment, consistent with the Federal Rules of Evidence and the Federal Rules of Civil Procedure. The parties reserve the right to raise objections to the use of sworn testimony from other legal proceedings at the time that it is offered. To the extent testimony from other legal proceedings is used for purposes of impeachment, the parties shall not in the presence of the jury reference the name of the prior legal proceeding, the parties involved, the underlying facts or legal claims at issue in the proceeding, or any rulings of the court or other tribunal involved in the proceeding.

b. No party, counsel, or witness may offer evidence, testimony, or argument pertaining to any alleged solicitation or promotion of solicitation by defendant John Haskell of any WFIS employee other than Lewis Dorrington to leave Wells Fargo Insurance Services and/or work at defendant ABD Insurance Services.

c. No counsel may offer argument or seek to elicit testimony that implicates the Stokes Lawrence law firm by name or reference in the underlying events at issue in this litigation.

//
//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING JOINT STIPULATION ~ 2**

    d.    No party, witness, or counsel shall offer any evidence, testimony, or argument regarding any obligation or alleged obligation defendant ABD Insurance Services has, had, or may have to indemnify any of the individual defendants against the claims asserted in this action.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 25th day of January 2023.

*/s/ Stanley A. Bastian*
Stanley A. Bastian
U.S. District Judge

**ORDER GRANTING JOINT STIPULATION ~ 3**