# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br><br>        Plaintiff, <br><br>        v. <br><br> STANLEY OGDEN, et al., <br><br>        Defendants. | NO.  2:17-cv-01394-SAB <br><br> **ORDER** |

The Court issues the following order by the authority of the Honorable Stanley A. Bastian, United States District Court Judge.

The Court will allow the following attorneys to bring food and liquids into the courthouse for the jury trial scheduled to begin March 1, 2023, and expected to conclude on or around March 10, 2023:

For Plaintiff:

    Thomas Holt

    Megan Crowhurst

    Anne Reuben

    Accompanying staff members

**ORDER**  ~ 1

For Defendants:

    Christopher Banks

    Anna Saber

    Molly Terwilliger

    Debra Fischer

    Patrick Duffey

    Accompanying staff members

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 23rd day of February 2023.

_____
Stanley A. Bastian
U.S. District Judge

**ORDER** ~ 2