UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY OGDEN, an individual; ELEANOR O'KEEFE, an individual; JOHN HASKELL, JR., an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>    Defendant. | No. 2:17-CV-1394-SAB<br><br>**ORDER RE: JURY MEALS** |

    The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 8-member jury in the above-entitled action which was in deliberations on March 8, 2023.

    **DATED** this 8th day of March 2023.

                                            Stanley A. Bastian
                                            U.S. District Judge

**ORDER RE: JURY MEALS -** 1