UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>STANLEY OGDEN, an individual; ELEANOR O'KEEFE, an individual; JOHN HASKELL, JR., an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation, <br><br>    Defendants. | NO.  2:17-CV-01394-SAB <br><br><br>**ORDER RE: PENDING MOTIONS** |

Pending before the Court is Plaintiff's Motions in Limine, ECF No. 179, Defendants' Motion in Limine, ECF No. 181, and Motion to Quash Trial Subpoena, ECF No. 229.

A pretrial conference was held by videoconference on February 6, 2023. Plaintiff was represented by Thomas Holt, Annie Reuben and Megan Crowhurst. Defendants were represented by Christopher Banks, Anna Saber, Patrick Duffy,

**ORDER RE: PENDING MOTIONS** ~ 1

and Molly Terwilliger. At the hearing, the Court indicated that it would reserve ruling on most of motions.

Jury trial began on March 1, 2023 and concluded on March 8, 2023. At the final pretrial conference, the Court made oral rulings regarding the parties' Motions in Limine. Additionally, the Court granted Defendant's Motion to Quash Trial Subpoena.

This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motions in Limine, ECF No. 179, are **DENIED**, in part, and **GRANTED**, in part.

2. Defendants' Motions in Limine, ECF No. 181, are **DENIED**, in part, and **GRANTED**, in part.

3. Defendants' Motion to Quash Trial Subpoena, ECF No. 229, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 14th day of March 2023.

U.S. Judge Stanley A. Bastian

**ORDER RE: PENDING MOTIONS** ~ 2