UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br><br>　　　Plaintiff, <br><br>　　　v. <br><br>STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELEANOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; CORY ANDERSON, an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation, <br><br>　　　　Defendants. | NO.  2:17-CV-01394-SAB <br><br><br>**POST-JUDGMENT ORDER** |

　　　Judgment was previously entered in favor of Defendants Stanley Ogden, Eleanor O'Keefe, John Haskell, Jr. and ABD Insurance and Financial Services,

**POST-JUDGMENT ORDER** ~ 1

Inc. ECF No. 252. That Judgment did not include the Court's dismissal of the claims against Defendants Marcia Ogden, Lewis Dorrington, Mary Mark and Cory Anderson.

As such, in order to clarify the record, judgment is hereby entered in favor of Defendants Stanley Ogden, Marcia Ogden, Eleanor O'Keefe, Lewis Dorrington, John Haskell, Jr., Mary Mark, Cory Anderson, and ABD Insurance and Financial Services, Inc. ("Defendants"), the prevailing parties in the above-captioned action, on all claims by Plaintiff USI Insurance Services National, Inc. ("USI") in the above-captioned action. All relief sought by USI is denied, USI recovers nothing, the action is dismissed on the merits, and Defendants shall recover costs from USI.

Taxation of costs to Defendants shall be administered per the applicable rules and procedures. Any motion for attorney's fees may be filed pursuant to Federal Rule of Civil Procedure 54(d)(2).

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 14th day of March 2023.

*[signature: Stanley A. Bastian]*

U.S. Judge Stanley A. Bastian

**POST-JUDGMENT ORDER** ~ 2