UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| USI INSURANCE SERVICES NATIONAL, INC., formerly known as WELLS FARGO INSURANCE SERVICES USA, INC., <br>     Plaintiff, <br>     v. <br> STANLEY OGDEN, an individual; MARCIA OGDEN, an individual; ELEANOR O'KEEFE, an individual; LEWIS DORRINGTON, an individual; JOHN HASKELL, JR., an individual; MARY MARK, an individual; CORY ANDERSON, an individual; and ABD INSURANCE AND FINANCIAL SERVICES, INC., a Delaware corporation, <br>     Defendants. | NO. 2:17-CV-01394-SAB <br><br> **ORDER GRANTING JOINT STIPULATION** |

Before the Court is the parties' Joint Stipulation Regarding Briefing in Pending Motions, ECF No. 268. The parties ask the Court for an extension of the

**ORDER GRANTING JOINT STIPULATION** ~ 1

briefing schedule on two pending motions. Good cause exists to grant the Stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation Regarding Briefing on Pending Motions, ECF No. 268, is **GRANTED**.

2. The deadline for Plaintiff's response to Defendants' Motion for Attorney Fees and Costs, ECF No. 256, is **extended** to April 24, 2023. The deadline for Defendants' reply is **extended** to **May 5, 2023**. The hearing on Defendants' Motion for Attorney Fees and Costs, ECF No. 256, is **continued** to **May 19, 2023**, without oral argument.

3. The deadline for Defendants' response to Plaintiff's Motion for New Trial, ECF No. 267, is **extended** to **May 24, 2023**. The deadline for Plaintiff's reply is **extended** to **June 9, 2023**. The hearing on Plaintiff's Motion for New Trial, ECF No. 267, is **extended** to **June 23, 2023**, without oral argument.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 18th day of April 2023.

_____
U.S. Judge Stanley A. Bastian

**ORDER GRANTING JOINT STIPULATION** ~ 2